IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

RICHARD HOEFT,

                Plaintiff,                        ORDER

   v.

                                                    09-cv-118-bbc

DEB GIRARD,

                Defendant.

---

      On June 30, 2009, this court attempted to hold the preliminary pretrial conference. Plaintiff Richard Hoeft did not participate. Neither did Hoeft advise the court in advance that he would be unavailable, nor did he contact the court or counsel for the defendant afterward to explain what had happened. The court reset the telephonic preliminary pretrial conference for July 8, 2009. Again, Hoeft failed to participate. Hoeft did not contact the court in advance to indicate that he was unavailable, nor did he contact counsel for the defendant.

      The court will give Hoeft one final chance. The telephonic preliminary pretrial is set for July 30, 2009 at 10:00 a.m. If Hoeft does not call in to participate in this telephonic pretrial conference, the court shall dismiss this lawsuit for Hoeft's failure to prosecute it.

      Entered this 8th day of July, 2009.

                                          BY THE COURT:

                                          /s/

                                          STEPHEN L. CROCKER
                                          Magistrate Judge